IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANEL HALL, *individually and as next friend and personal representative of the estate of J.C.P.*, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-09-2611 |
| | § | |
| SCOTT DIXON, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

On January 8, 2010, defendants Teri Halsey and Cyntera Donnatto filed a motion for an extension of time to file their motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (Docket Entry No. 37). The motion stated that their counsel was experiencing significant computer problems in the week leading up to the January 8, 2010 filing deadline for the Rule 12(b)(6) motion. (*Id.* at 1). Halsey and Donnatto seek to extend the deadline for filing the motion to the next business day, January 11, 2010. (*Id.* at 2). The motion is opposed. (*Id.* at 3).

A computer malfunction is outside of counsel's control, and counsel is asking for a very short extension of time. The plaintiff will not be prejudiced by the short delay. The motion for extension of time is granted.

SIGNED on January 11, 2010, at Houston, Texas.

                                                   Lee H. Rosenthal
                                                   United States District Judge