IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHANEL HALL, *individually and as next friend and personal representative of the estate of J.C.P.*, | § § § § |
| Plaintiff, | § § |
| v. | §  CIVIL ACTION NO. H-09-2611 |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, *et al.*, | § § § § |
| Defendants. | § |

## ORDER

The motion filed by defendants Joyce James, Tonya Clay, Sheila Hazley, Lasandra Smith, Cyntera Donatto, Terri Halsey, Keith Lasco and the Texas Department of Family and Protective Services for leave to file an amended motion for summary judgment is granted. (Docket Entry No. 72). The original motion for summary judgment, (Docket Entry No 63), is moot because it has been replaced by Docket Entry No. 74.

SIGNED on June 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge