IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHANEL HALL, *individually and as next friend and personal representative of the estate of J.C.P.*, § § § § § Plaintiff, § § v. § SCOTT DIXON, *et al.*, § § § Defendants. § | CIVIL ACTION NO. H-09-2611 |

## ORDER

Any party wishing to respond to the motion to stay remand pending appeal, (Docket Entry No. 161), must do so by Monday, February 21, 2011.

SIGNED on February 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge